# Court of Appeals
# of the State of Georgia

ATLANTA, July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1997. MICHAEL ANTHONY CHEEKS v. THE STATE.**

This case was docketed in this court on June 20, 2018. The Appellant's brief and enumeration of errors was due on or before July 10, 2018, pursuant to this court's Rule 23. The docket does not reflect a motion for an extension of time having been filed prior to the date the brief and enumerations of error was due, as contemplated by this court's Rule 16. Accordingly, this appeal is **DISMISSED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 07/18/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*